IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| Plaintiff, | ) | 4:09CV3026 |
| v. | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion to proceed informa pauperis. Filing No. 2. The court has reviewed the application and finds it should be granted, and the court waives payment of any fees or posting of any bond and grants plaintiff leave to proceed *in forma pauperis*.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed *in forma pauperis,* Filing No. 2*,* is granted.

DATED this 23rd day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge