IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3026 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte. The plaintiff has filed a complaint in this case, Filing No. 1, and the court has granted plaintiff's request to proceed in forma pauperis, Filing No. 4. The Court shall now direct the Clerk of Court to issue summons and USM285 forms to the plaintiff.

THEREFORE, IT IS ORDERED that the Clerk of Court shall send three summonses and three USM285 forms to the plaintiff.

DATED this 29th day of January, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge