IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3026 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court sua sponte.  Plaintiff filed this action on February 5, 2009.  Plaintiff served and filed an executed return on Eric Holder, United States Attorney General. and on Jo Anne Barnhart of the Social Security Administration on March 8, 2010.  However, plaintiff has not yet served the local United States Attorney as required under Fed. R. Civ. P. 4(i)(1)(A)(i).  The court will give plaintiff thirty days from the date of this order to serve the local office and file an executed summons.  Failure to do so may result in dismissal of plaintiff's claim.

    THEREFORE, IT IS ORDERED that plaintiff shall cause a summons to be served on the local United States Attorney and shall then file an executed return within thirty days from the date of this order.

    DATED this 16th day of July, 2010.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  Chief United States District Judge