IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | 4:09CV3026 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court following the decision of the Eighth Circuit to return this case due to the fact that plaintiff failed to pay the filing fee. Filing No. 26. There is currently a pending motion to dismiss. Filing No. 21. The court will give the plaintiff fourteen days from the date of this order to respond to the motion to dismiss. Failure to timely respond may result in dismissal of this case.

THEREFORE, IT IS ORDERED that the plaintiff shall have fourteen days from the date of this order to respond to defendant's motion to dismiss his case.

DATED this 31st day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge