IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3026 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion to proceed informa pauperis, Filing No. 35, regarding his appeal, Filing No. 35, of this court's order, Filing No. 33. The court has reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to appeal in forma pauperis, Filing No. 35, is granted.

DATED this 13th day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge